UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

SEVENTY-SIX THOUSAND EIGHT
HUNDRED FIVE DOLLARS AND FIVE
CENTS ($76,805.05) IN FUNDS FROM
BANK ACCOUNT No. XXXX0616 IN THE
NAME OF DIAL DRUGS INC., AT
JP MORGAN CHASE BANK,

    Defendant *in Rem*.

Civil No. 22-cv-11034
Honorable Robert H. Cleland

---

### Default Judgment and Final Order of Forfeiture

---

This matter came before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment Against all Interested Parties and Final Order of Forfeiture of the Defendant *in rem*. The Court has reviewed the Motion and the record in this case and being fully aware of the issues, Orders as follows:

**IT IS ORDERED** that the United States' Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendant *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States.

**IT IS FURTHER ORDERED** that the Defendant *in rem,* which consists of the following: Seventy-Six Thousand Eight Hundred Five Dollars and Five Cents ($76,805.05) in funds from Bank Account No. XXXX0616 in the name of Dial Drugs Inc., at JP Morgan Chase Bank is **FORFEITED** to the United States under 18 U.S.C. § 981(a)(1)(C) and 984 and a Final Order of Forfeiture as to the Defendant *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of all interested parties, or their successors and assigns, in the Defendant *in rem,* is forever **EXTINGUISHED** and clear title to the Defendant *in rem* is **VESTED** in the United States.

The United States, its designee, the Federal Bureau of Investigation, and/or the U.S. Marshals Service, is **AUTHORIZED** to dispose of the Defendant *in rem* according to law.

Dated: 5 Oct. 2022

Honorable Robert H. Cleland
United States District Judge